[843 NE2d 1143, 810 NYS2d 403]

In the Matter of LAURA D. BLACKBURNE.

Decided December 5, 2005

## APPEARANCES OF COUNSEL

*Richard Godosky*, New York City, for Laura D. Blackburne.

### OPINION OF THE COURT

On the Court's own motion, it is determined that Honorable Laura D. Blackburne is suspended, with pay, effective immediately, from the office of Justice of the Supreme Court, Queens County, pending disposition of a request for review of a determination by the State Commission on Judicial Conduct.

Concur: Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO, READ and R.S. SMITH.